COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO. 2-06-101-CV

 

 

IN RE DEUTSCHE BANK AG,                                                   RELATORS

DEUTSCHE BANK SECURITIES INC. 

D/B/A DEUTSCHE BANK ALEX. 

BROWN, INC., AND DAVID
PARSE                                                         

 

                                               -----------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators= petition
for writ of mandamus is denied.  In
addition, this court vacates its March 23, 2006 order that stayed all trial
court proceedings in cause number 017-212033-05.

 








Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL B:   DAUPHINOT, HOLMAN, and
GARDNER, JJ. 

 

GARDNER, J., would set case for oral argument.

 

DELIVERED: April 25, 2006











    [1]See
Tex. R. App. P. 47.4.